This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**IN THE MATTER OF THE PROTEST**
**OF SAIZ TRUCKING AND EARTHMOVING,**
**TO ASSESSMENT ISSUED UNDER**
**LETTER ID. NO. L0680042816**,

**SAIZ TRUCKING AND**
**EARTHMOVING,**

Protestant-Appellant/Cross-Appellee,

v.                                                            NO. 35,026

**NEW MEXICO TAXATION AND**
**REVENUE DEPARTMENT,**

Respondent-Appellee/Cross-Appellant.

**APPEAL FROM THE TAXATION & REVENUE DEPARTMENT**
**Dee Dee Hoxie, Hearing Officer**

Wayne G. Chew, P.C.
Wayne G. Chew
Albuquerque, NM

for Appellant/Cross-Appellee

Hector Balderas, Attorney General
Elena Morgan, Special Assistant Attorney General
New Mexico Taxation & Revenue Department
Legal Services Bureau

Santa Fe, NM

for Appellee/Cross-Appellant

## MEMORANDUM OPINION

**KENNEDY, Judge.**

{1}     The disposition in this memorandum opinion relates only to the cross-appeal filed by New Mexico Taxation and Revenue Department (the Department). The Department filed a cross-appeal from the hearing officer's administrative decision denying the Department's motion to reconsider. Unpersuaded that the Department's docketing statement demonstrated error, our notice proposed summary affirmance relative to the Department's cross-appeal. The Department has not filed a memorandum opposing summary affirmance, and the time for doing so has expired. For the reasons in our notice, we affirm. Saiz Trucking and Earthmoving's direct appeal, alone, will proceed to be decided on the general calendar.

{2}     The Department's cross-appeal is **HEREBY AFFIRMED.**

{3}     **IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**

2

_____

**J. MILES HANISEE, Judge**